**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **NEPVEUX, INC.** | **CASE NO. 6:18-CV-00467** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MOBIL EXPLORATION & PRODUCING NORTH AMERICA, INC., ET AL.** | **MAG. JUDGE CAROL WHITEHURST** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted, and for the additional reasons set forth in the Ruling of the Court,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion to Remand [Doc. No. 13] is **GRANTED**. This case is **REMANDED** to the 15th Judicial District Court for the Parish of Acadia, State of Louisiana. The Clerk of Court is directed to certify a copy of this judgment and forward the same to the Clerk of the 15th Judicial District Court for the Parish of Acadia, State of Louisiana.

**Monroe**, **Louisiana**, this 20th day of September, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**